IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

KAREN BETH FEDOR, : CHAPTER 13
aka KAREN B. FEDOR, :
aka KAREN FEDOR, : CASE NO. 5:19-bk-02290
:
   Debtor :

PRAECIPE TO WITHDRAW MOTION

TO THE CLERK:

Kindly withdraw the Motion for Second Amended Plan, Docket #51, filed on February 1, 2023.

**DATED**: March 9, 2023

   /s/ Vincent Rubino
Vincent Rubino, Esq.
Attorney ID #49628
Attorney for Debtor